**Entered on Docket
April 14, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

DAVID A. ROSENBERG
Nevada Bar No. 10738
U.S. BANKRUPTCY TRUSTEE
5030 Paradise Rd., #B-215
Las Vegas, Nevada   89119
Telephone:  (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

*Filed electronically April 12, 2011*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re                                                              )    Case No. BK-S 11-10582 LBR
WHITE, MICHAEL                                          )
                                                                     )    IN PROCEEDINGS UNDER CHAPTER 7
                                                                     )
                                                                     )    Date: N/A
                                        Debtor(s)       )    Time: N/A
                                                                     )
_____       )
                                                                     )

**ORDER DISMISSING DEBTOR'S BANKRUPTCY UNDER 521(i) FOR FAILURE OF
DEBTOR TO FILE REQUIRED SCHEDULES**

        UPON the Motion of the above-named Trustee, David A. Rosenberg, requesting the

dismissal of the Debtor's bankruptcy for failure to file the required schedules in the above-styled

Bankruptcy case; and the Court being well and sufficiently satisfied that Debtor has failed to file the

required schedules, finds the following:

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor's bankruptcy is

hereby dismissed;

        **IT IS SO ORDERED**.

. . .

6

1    . . .

2    DATED: April 12, 2011

3    Respectfully submitted :

4

5    By:      /s/ *David A. Rosenberg*

6             DAVID A. ROSENBERG
             Bankruptcy Panel Trustee

7

8    ALTERNATIVE METHOD RE: RULE 9021

9        ____    The Court has waived the requirement of approval under LR 9021.

10       _X_     No Parties appeared or filed written objections, and there is no other trustee appointed in the case.

11       ____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
               unrepresented  parties who appeared at the hearing, and any trustee appointed in this case, and each has
12             approved or disapproved this order, or failed to respond, as indicated below:
                    (List Parties)

13                                     ###

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7